SEAN K. KENNEDY (No. 145632)
Federal Public Defender
Sean_Kennedy@fd.org
RICHARD D. GOLDMAN (No. 187707)
Deputy Federal Public Defender
richard_goldman@fd.org
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone   (213) 894-4791
Facsimile   (213) 894-0081

E-Filed: 11.19.10

Attorneys for Defendant
CLELIA FLORES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>CLELIA FLORES<br><br>             Defendant. | CASE NO. CR 10- 00427MMM<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED EXPARTE MOTION TO EXTEND TIME FOR VOLUNTARY SURRENDER |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Clelia Flores be permitted to voluntarily surrender for service of her sentence on December 27, 2010 at the institution designated by the Bureau of Prisons.

DATED: November 19, 2010

_____
HON. MARGARET M. MORROW
United States District Judge

cc:    USM

       U.S. Pretial Services